## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| U.S. BANK, N.A., SUCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A. AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-BC13 | : No. 396 MAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>: |
| v. | : |
| AARON A. THOMAS AND ANDREA MARTIN-THOMAS | : |
| PETITION OF: AARON A. THOMAS | : |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 6th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.